IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHANDLER J. TUTTLE,<br><br>　　　　Defendant. | 8:20CR311<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

The defendant appeared before the Court on September 21, 2021 regarding Petition for Action on Conditions of Pretrial Release [37]. Yvonne Sosa represented the defendant. Lecia Wright represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release conditions (o), and (q). The Court took judicial notice of the petition and violation report.

The government requests an order of revocation and detention. The defendant requested a continuance which was granted. A revocation and detention hearing is scheduled before Susan M. Bazis by Internet/Electronic Conferencing, on Wednesday, September 29, 2021 at 2:30 p.m.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge